**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-cv-80948-BLOOM/Reinhart**

UNITED STATES OF AMERICA, and the
STATES OF FLORIDA, IOWA, ILLINOIS,
and MINNESOTA, ex rel SHEILA
MANGRUM,

    Plaintiffs,

v.

LIFESPACE COMMUNITIES, INC.,
INDIVIDUALLY, including its licensees,
affiliates, subsidiaries, and businesses;
THE WATERFORD; ABBEY DELRAY;
ABBEY DELRAY SOUTH;
HARBOUR'S EDGE; VILLAGE ON
THE GREEN; BEACON HILL; OAK
TRACE; THE DEERFIELD;
FRIENDSHIP VILLAGE OF
BLOOMINGTON; GRAND LODGE AT
THE PRESERVE, and FRIENDSHIP
VILLAGE OF SOUTH HILLS,
REHABCARE REHABILITATION
SERVICES, INC., THE POLARIS
GROUP, and JOHN DOES 1-50,

    Defendants.
_____/

**SEALED ORDER OF DISMISSAL**

    **THIS CAUSE** is before the Court upon Plaintiff-Relator's Notice of Voluntary Dismissal, ECF No. [29] ("Notice"), filed on January 17, 2019, and the United States' Notice of Consent to Relator's Voluntary Dismissal, ECF No. [30] ("Consent"), filed on March 21, 2019.  The Court has carefully reviewed the Notice, Consent, and the record, and is otherwise fully advised in the premises.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1. The Notice, **ECF No. [29]** is **APPROVED** and **ADOPTED**;

Case No. 16-cv-80948-BLOOM/Reinhart

2. The above-styled case is dismissed with prejudice as to Relator Sheila Mangrum;

3. All claims under 31 U.S.C. § 3729 asserted by Relator are dismissed without prejudice as to the United States and the States of Florida, Illinois, Iowa, and Minnesota;

4. The Clerk is directed to **UNSEAL** the instant Order, Relator's Complaint, **ECF No. [1]**, Amended Complaint, **ECF No. [10]**, the United States' motions for extension of time, **ECF Nos. [7], [11], [15], [18], [23]**, the Consent, **ECF No. [30]**, and the Court's prior orders, **ECF Nos. [6], [9], [13], [17], [20], [21], [22], [25], [28]**;

5. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

6. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 21, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record